UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-08363 HDV (ADS)                     Date: October 23, 2023

Title: *Hill v. Comm'r of Soc. Sec.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REGARDING SUBJECT-MATTER JURISDICTION**

On October 4, 2023, Plaintiff Glenda Marie Hill filed a Complaint against the Commissioner of Social Security. (Dkt. No. 1.) The Complaint lacks sufficient factual allegations for the Court to determine that it has subject-matter jurisdiction over this action. 42 U.S.C. § 405(g) authorizes judicial review of a final decision of the Commissioner of Social Security. Specifically,

> Modern-day claimants must generally proceed through a four-step process before they can obtain review from a federal court. First, the claimant must seek an initial determination as to [their] eligibility. Second, the claimant must seek reconsideration of the initial determination. Third, the claimant must request a hearing, which is conducted by an ALJ. Fourth, the claimant must seek review of the ALJ's decision by the Appeals Council.

Smith v. Berryhill, 139 S. Ct. 1765, 1772 (2019). However, the Complaint leaves unclear whether Plaintiff received a final decision necessary for judicial review. **Plaintiff is ordered to file an amended complaint by no later than November 20, 2023**. The amended complaint should state whether Plaintiff completed the four-step process explained above.

Plaintiff is advised that an amended complaint supersedes the prior complaint. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992). This means that the filing of an amended complaint entirely supplants or replaces the original or any prior

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:23-08363 HDV (ADS)                                        Date:  October 23, 2023

Title:  *Hill v. Comm'r of Soc. Sec.*

complaint, which is "treated thereafter as nonexistent."  Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (internal citations omitted).  Therefore, the amended complaint must contain all claims Plaintiff intends to bring against all defendants

    **IT IS SO ORDERED.**

                                                   Initials of Clerk kh