E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA, CSBN 280890
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4808
    Fax: (415) 744-0134
    E-mail: Christopher.Vieira@ssa.gov

Attorneys for Defendant
MARTIN O'MALLEY, Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GLENDA MARIE HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-CV-08363-HDV-ADS<br><br><br>ORDER OF REMAND |

Based upon Defendant's Motion to Remand Case Voluntarily Pursuant to Sentence Four of 42.U.S.C. § 405(g) and Enter Judgment for Plaintiff (Motion to Remand), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Motion to Remand.

DATED: 03/15/2024              /s/ Autumn D. Spaeth
                               HON. AUTUMN D. SPAETH
                               UNITED STATES MAGISTRATE JUDGE