JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA, CSBN 280890
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4808
    Fax: (415) 744-0134
    E-mail: Christopher.Vieira@ssa.gov

Attorneys for Defendant
MARTIN O'MALLEY, Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GLENDA MARIE HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-CV-08363-HDV-ADS<br><br>JUDGMENT OF REMAND |

The Court having approved Defendant's Motion to Remand Case Voluntarily Pursuant to Sentence Four of 42.U.S.C. § 405(g) and Enter Judgment for Plaintiff (Motion to Remand) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Motion to Remand.

DATED: 03/15/2024

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE